AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

John Hancock Life Insurance Company, f/k/a John Hancock Mutual Life Insurance Company

v.

Federal Insurance Company

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04 - 12081 MEL

TO: (Name and address of Defendant)

Federal Insurance Company

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Allan E. Taylor, Esq.
Pamela S. Gilman, Esq.
Stephen Adams, Esq.
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                         9-28-04

CLERK                                                 DATE

(By) DEPUTY CLERK