UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, f/k/a John Hancock Mutual Life Insurance Company,<br><br>Petitioner,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Respondent. | C.A. NO.: 04-12081 MEL |

## RESPONDENT'S ANSWER TO PETITION
## TO CONFIRM ARBITRATION AWARD

Respondent, Federal Insurance Company per Duncanson & Holt [Europe Limited], improperly plead herein as Federal Insurance Company, in answer to the complaint filed in the above-entitled matter, admits, denies, and alleges as follows:

1. Respondent lacks sufficient information or belief to admit or deny the allegations contained in Paragraph 1 of the Petition.

2. In answer to Paragraph 2 of the Petition, Respondent denies that the proper Respondent is Federal Insurance Company. The Arbitration award was made against *Federal Insurance Company per Duncanson and Holt [Europe Limited]*.

3. Respondent lacks sufficient information or belief to admit or deny the allegations contained in Paragraphs 3 and 4 of the Petition.

4.  Respondent admits the allegations contained Paragraphs 5 through 12 except to allege that the proper Respondent should be *Federal Insurance Company per Duncanson and Holt [Europe Limited]* in Paragraphs 5 and 7.

WHEREFORE, Respondent requests that the Court confirm the Final Award with the Respondent named as *Federal Insurance Company per Duncanson and Holt [Europe Limited]*.

Dated: November 30, 2004

> FEDERAL INSURANCE COMPANY PER
> DUNCANSON AND HOLT,
>
> By its Attorneys,
>
> */s/ George J. Vogur, Jr.*
> George J. Vogur, Jr., BBO #550380
> QUERREY & HARROW, LTD.
> 120 Broadway, Suite 2800
> New York, New York 10271
> TEL: (212) 233-0130
> FAX: (212) 233-0172
>
> CAMPBELL CAMPBELL EDWARDS &
> CONROY PROFESSIONAL CORPORATION
>
> */s/ Kathleen M. Guilfoyle*
> Kathleen M. Guilfoyle, BBO #546512
> One Constitution Plaza
> Boston, MA 02129
> TEL: (617) 241-3000
> FAX: (617) 241-5115

CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2004, a true copy of the above document was sent via first-class mail, postage prepaid, to the following counsel of record:

Allan E. Taylor, Esq.
Pamela S. Gilman, Esq.
Stephen Adams, Esq.
Taylor, Duane, Barton & Gilman LLP
160 Federal Street
Boston, MA 02110

Kathleen M. Guilfoyle