UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (as successor to JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY),<br><br>      Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY,<br><br>      Defendant. | CIVIL ACTION NO. 04-12081 MEL |

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO LOCAL RULE 7.3(A)**

Pursuant to Local Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, defendant Federal Insurance Company states that its parent corporation is Chubb Corporation. Further responding, Federal Insurance Company states that there is no publicly held company that owns 10% or more of its stock.

Dated: November 30, 2004

                                            FEDERAL INSURANCE COMPANY,

                                            By its Attorneys,

                                            */s/ Kathleen M. Guilfoyle*
                                            George J. Vogrin, Jr., BBO #550380
                                            QUERREY & HARROW, LTD.
                                            120 Broadway, Suite 2800
                                            New York, New York 10271
                                            TEL: (212) 233-0130
                                            FAX: (212) 233-0172

CAMPBELL CAMPBELL EDWARDS &
CONROY PROFESSIONAL CORPORATION


*Kathleen M. Guilfoyle*
Kathleen M. Guilfoyle, BBO #546512
One Constitution Plaza
Boston, MA 02129
TEL: (617) 241-3000
FAX: (617) 241-5115


CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2004, a true copy of the above document was sent via first-class mail, postage prepaid, to the following counsel of record:

Allan E. Taylor, Esq.
Pamela S. Gilman, Esq.
Stephen Adams, Esq.
Taylor, Duane, Barton & Gilman LLP
160 Federal Street
Boston, MA 02110


*Kathleen M. Guilfoyle*
Kathleen M. Guilfoyle