UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, f/k/a John Hancock Mutual Life Insurance Company, | ) ) ) ) ) | |
| Petitioner, | ) ) ) | C.A. NO.:  04-12081 MEL |
| v. | ) ) | |
| FEDERAL INSURANCE COMPANY, | ) ) | |
| Respondent. | ) ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Kathleen M. Guilfoyle of Campbell Campbell

Edwards & Conroy, P.C. as counsel for the Respondent, Federal Insurance Company per

Duncanson & Holt [Europe Limited], improperly plead herein as Federal Insurance

Company.


Dated:  November 30, 2004

FEDERAL INSURANCE COMPANY PER
DUNCANSON AND HOLT,
By its Attorneys,

CAMPBELL CAMPBELL EDWARDS &
CONROY PROFESSIONAL CORPORATION


Kathleen M. Guilfoyle, BBO #546512
One Constitution Plaza
Boston, MA  02129
TEL:  (617) 241-3000
FAX:  (617) 241-5115

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on November 30, 2004, a true copy of the above document was sent via first-class mail, postage prepaid, to the following counsel of record:

Allan E. Taylor, Esq.
Pamela S. Gilman, Esq.
Stephen Adams, Esq.
Taylor, Duane, Barton & Gilman LLP
160 Federal Street
Boston, MA 02110



Kathleen M. Guilfoyle