UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, f/k/a John Hancock Mutual Life Insurance Company,<br><br>Petitioner,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Respondent. | C.A. NO.: 04-12081 MEL |

### NOTICE OF APPEARANCE

Please enter the appearance of George J. Vogrin, Jr. of Querrey & Harrow, Ltd. as counsel for the Respondent, Federal Insurance Company per Duncanson & Holt [Europe Limited], improperly plead herein as Federal Insurance Company.

Dated: November 30, 2004

            FEDERAL INSURANCE COMPANY PER
            DUNCANSON AND HOLT,

            By its Attorneys,

            */s/ George J. Vogrin, Jr.*
            George J. Vogrin, Jr., BBO #550380
            QUERREY & HARROW, LTD.
            120 Broadway, Suite 2800
            New York, New York 10271
            TEL: (212) 233-0130
            FAX: (212) 233-0172

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2004, a true copy of the above document was sent via first-class mail, postage prepaid, to the following counsel of record:

Allan E. Taylor, Esq.
Pamela S. Gilman, Esq.
Stephen Adams, Esq.
Taylor, Duane, Barton & Gilman LLP
160 Federal Street
Boston, MA 02110

*/s/ Kathleen M. Guilfoyle*
Kathleen M. Guilfoyle