UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, f/k/a John Hancock Mutual Life Insurance Company,<br><br>Petitioner,<br><br>FEDERAL INSURANCE COMPANY, Per Duncanson and Holt (Europe Limited)<br><br>Respondent. | Civil Action No. 04 12081 MEL |

## ORDER OF JUDGMENT

By stipulation of the parties, it is ordered that:

1. The correct identification of the Respondent is Federal Insurance Company, per Duncanson and Holt (Europe Limited), and the caption of the case shall be modified to reflect the correct name of the Respondent as such.

2. Judgment shall enter in favor of Petitioner John Hancock Life Insurance Company on its Petition to Confirm Arbitration Award, and Respondent Federal Insurance Company, Per Duncanson and Holt (Europe Limited) shall pay to John Hancock Life Insurance Company the sum of $704,115 pursuant to the Final Award of the arbitration panel dated September 2, 2004, which award has been satisfied in full. No costs shall be awarded to either party.

1/25/05

_____
U.S. District Judge